**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

|  |  |
|---|---|
| In re | Chapter 07 |
|  | Case No. 21-20285 |
| FREDERICK LYLE AVERY, |  |
| Debtor. |  |

**ORDER GRANTING**
**MOTION TO APPROVE VOLUNTARY WAIVER OF DISCHARGE**

     The Court having before it the May 27, 2022 Motion to Approve Voluntary Waiver of Discharge (the "Motion") in the above-captioned chapter 7 case of Frederick Lyle Avery (the "Debtor"); the Debtor, having knowingly and voluntarily executed a written waiver of his chapter 7 discharge in connection with this case (the "Waiver"); the Waiver, having been filed after the commencement of the Debtor's chapter 7 case and prior to the entry of a discharge in this case; and it being in the best interests of the creditors of the Debtor's estate; it is hereby ORDERED, ADJUDGED and DECREED that the Motion is hereby GRANTED in its entirety.  The Court hereby APPROVES the Waiver.


Dated   June 27, 2022

/s/ Peter G. Cary
Chief Judge Peter G. Cary
United States Bankruptcy Court
District of Maine