**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **FREDERICK LYLE AVERY**, | ) | Chapter 7 |
| | ) | Case No. 21-20285 |
| Debtor. | ) | |
| | ) | |

## ORDER DENYING MOTION TO CLARIFY, ALTER OR AMEND, AND/OR RECONSIDER ORDER ON FINAL APPLICATION OF J.SCOT LOGAN, ESQ., FOR COMPENSATION OF LEGAL SERVICES

The Debtor asks this Court to clarify or amend its January 13, 2023 Order on Final Application of J. Scott Logan, Esq., For Compensation of Legal Services (Docket Entry "D.E." 178) (the "Fee Order"). The Fee Order awards Mr. Logan $1,765.00 in actual, necessary and reasonable fees and expenses under 11 U.S.C. § 330(a). The Fee Order makes <u>no</u> findings, express or implied, under 11 U.S.C. § 330(a) with respect to the additional $13,797.50 in fees and costs billed during the Debtor's case. The Court sees no ambiguity in its ruling and finds no reason to specifically rule on the preclusive effect of the Fee Order, if any, with respect to any malpractice claim the Debtor might choose to pursue, at a later date, in a different court.

The Motion to Clarify, Alter or Amend, and/or Reconsider Order on Final Application of J. Scott Logan, Esq., For Compensation of Legal Services (D.E. 180) is hereby DENIED.

Dated: January 30, 2023          /s/ Peter G. Cary
                                 Hon. Peter G. Cary
                                 United States Bankruptcy Judge
                                 District of Maine