**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**
**PORTLAND DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 21-20285 |
| | § | |
| FREDERICK LYLE AVERY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Jeffrey T. Piampiano, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $225,054.00 | Assets Exempt: | $201,000.00 |
| Total Distributions to Claimants: | $822,822.22 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $294,088.29 | | |

3)      Total gross receipts of $1,139,282.08  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $22,371.57 (see **Exhibit 2),** yielded net receipts of $1,116,910.51 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $206,741.36 | $206,741.36 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $293,769.50 | $264,892.04 | $294,088.29 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $96,215.29 | $96,215.29 | $96,215.29 |
| General Unsecured Claims (from **Exhibit 7**) | $891,383.00 | $2,727,976.88 | $1,779,098.45 | $726,606.93 |
| **Total Disbursements** | $891,383.00 | $3,324,703.03 | $2,346,947.14 | $1,116,910.51 |

4). This case was originally filed under chapter 13 on 12/07/2021. The case was converted to one under Chapter 7 on 02/09/2022. The case was pending for 34 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/27/2024                    By:   /s/ Jeffrey T. Piampiano
                                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 307 Bowdin Court Ladson, SC - 29456-0000 Berkeley County Zillow value $243,000 | 1110-000 | $190,000.00 |
| 844 Main Street Sanford, ME - 04073-0000 York County Zillow value $249,000 | 1110-000 | $330,000.00 |
| 871 Morrills Mill Road North Berwick, ME - 03906-0000 assessed $451,200 realtytrac.com value $575400 | 1110-000 | $495,000.00 |
| Claim against Catholic Church - represented by Derek Braslow KBAattorneys.com | 1129-000 | $13,985.00 |
| Make: Tesla Model: 3 Year: 2021 Mileage: 7500 | 1129-000 | $68,260.00 |
| TD Bank business checking | 1129-000 | $900.00 |
| PI claim for slip and fall Marriott parking lot; represented Morgan & Morgan FL | 1142-000 | $16,518.25 |
| Fuel Purchase | 1229-000 | $2,105.40 |
| Avoidance Claim BK Code 549 and 550 | 1241-000 | $2,500.00 |
| certain transfers totaling $31,150.00made by the Debtor to Lawyers Limited | 1290-000 | $18,500.00 |
| Compensation on a Credit Defense Product | 1290-000 | $1,513.43 |
| **TOTAL GROSS RECEIPTS** | | $1,139,282.08 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Bopp & Guecia, Client Trust Account | Exemptions | 8100-002 | $21,650.00 |
| FREDERICK AVERY | Exemptions | 8100-002 | $721.57 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $22,371.57 |

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Santander Consumer USA, Inc. | 4210-000 | $0.00 | $25,571.36 | $25,571.36 | $0.00 |
| 29A | Michael Poirier | 4110-000 | $0.00 | $78,500.00 | $78,500.00 | $0.00 |
| 30A | William Welker | 4110-000 | $0.00 | $63,040.00 | $63,040.00 | $0.00 |
| 31A | Chrysler Frew | 4110-000 | $0.00 | $39,630.00 | $39,630.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| TOTAL SECURED CLAIMS | | $0.00 | $206,741.36 | $206,741.36 | $0.00 |
|---|---|---|---|---|---|

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Jeffrey T. Piampiano, Trustee | 2100-000 | NA | $56,757.32 | $56,757.32 | $56,757.32 |
| Jeffrey T. Piampiano, Trustee | 2200-000 | NA | $16.79 | $16.79 | $16.79 |
| International Sureties, LTD | 2300-000 | NA | $1,420.65 | $1,420.65 | $1,420.65 |
| Casco Bay Cleanout Services | 2420-000 | NA | $767.50 | $767.50 | $767.50 |
| Moody's Collision Centers | 2420-000 | NA | $1,631.52 | $1,631.52 | $1,631.52 |
| Trustee Insurance Agency, Inc. | 2420-750 | NA | $7,936.00 | $7,936.00 | $7,936.00 |
| Trustee Resource Group | 2420-750 | NA | $885.86 | $885.86 | $885.86 |
| Closing Costs associated with the closing of 871 Morrell's Mill | 2500-000 | NA | $41,418.01 | $41,418.01 | $41,418.01 |
| Joe Provencher | 2500-000 | NA | $200.00 | $200.00 | $200.00 |
| Pinnacle Bank | 2600-000 | NA | $5,680.71 | $5,680.71 | $5,680.71 |
| Strogens | 2690-000 | NA | $0.00 | $0.00 | $302.00 |
| Bank of America | 2990-000 | NA | $23.21 | $23.21 | $40.00 |
| Cumberland County Sherriff's Office | 2990-000 | NA | $204.76 | $204.76 | $204.76 |
| Estes Oil & Propane | 2990-000 | NA | $1,383.83 | $1,383.83 | $1,383.83 |
| Melissa Shatney & Richard Foran | 2990-000 | NA | $1,339.00 | $1,339.00 | $1,339.00 |
| Penobscot County Sherriff's Office | 2990-000 | NA | $48.06 | $48.06 | $48.06 |
| The Bankcorp Bank | 2990-000 | NA | $25.00 | $25.00 | $25.00 |
| York County Sherriff's Office | 2990-000 | NA | $559.30 | $559.30 | $559.30 |
| Attorney for Trustee | 3110-000 | NA | $26,867.00 | $26,867.00 | $26,867.00 |
| Allowed fees per DE 166, Order Approving First Interim Fee Application of Drummond Woodsum as Counsel to the Trustee, Attorney for Trustee | 3110-000 | NA | $102,908.50 | $102,908.50 | $102,908.50 |
| Allowed fees per DE | 3110-000 | NA | $6,927.00 | $6,927.00 | $6,927.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 236, Attorney for Trustee | | | | | | |
| Attorney for Trustee | 3120-000 | NA | $1,237.02 | $1,237.02 | | $1,237.02 |
| Allowed expenses per DE 166, Order Approving First Interim Fee Application of Drummond Woodsum as Counsel to the Trustee, Attorney for Trustee | 3120-000 | NA | $2,252.57 | $2,252.57 | | $2,252.57 |
| Allowed expenses per DE 236, Attorney for Trustee | 3120-000 | NA | $699.10 | $699.10 | | $699.10 |
| Allowed fees per DE 237, Order Approving First Fee Application of Wesler & Associates as Accountant to the Trustee, Accountant for Trustee | 3410-000 | NA | $3,067.00 | $3,067.00 | | $3,067.00 |
| Allowed expenses per DE 237, Order Approving First and Final Fee Application of Wesler & Associates, Accountant for Trustee | 3420-000 | NA | $636.33 | $636.33 | | $636.33 |
| Realtor for Trustee | 3510-000 | NA | $28,877.46 | $0.00 | | $28,877.46 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $293,769.50 | $264,892.04 | | $294,088.29 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 26A | State of Maine | 5800-000 | $0.00 | $96,215.29 | $96,215.29 | $96,215.29 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $96,215.29 | $96,215.29 | $96,215.29 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Bank of America, N.A. | 7100-000 | $0.00 | $27,630.66 | $27,630.66 | $21,648.32 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Bank of America, N.A. | 7100-000 | $0.00 | $36,429.64 | $36,429.64 | $28,542.24 |
| 5 | JPMorgan Chase Bank, N.A. | 7100-000 | $0.00 | $4,466.59 | $4,466.59 | $3,499.53 |
| 6 | JPMorgan Chase Bank, N.A. | 7100-000 | $0.00 | $2,126.98 | $2,126.98 | $1,666.47 |
| 7 | JPMorgan Chase Bank, N.A. | 7100-000 | $0.00 | $19,444.86 | $19,444.86 | $15,234.84 |
| 8 | JPMorgan Chase Bank, N.A. | 7100-000 | $0.00 | $17,976.37 | $17,976.37 | $14,084.30 |
| 9 | JPMorgan Chase Bank, N.A. | 7100-000 | $0.00 | $2,444.28 | $2,444.28 | $1,915.07 |
| 10 | Wells Fargo Bank, N.A., Wells Fargo Card Services | 7100-000 | $0.00 | $40,439.92 | $40,439.92 | $31,684.25 |
| 11 | JPMorgan Chase Bank, N.A. | 7100-000 | $0.00 | $11,115.09 | $11,115.09 | $8,708.56 |
| 12 | Wells Fargo Bank, N.A. | 7100-000 | $0.00 | $54,379.30 | $0.00 | $0.00 |
| 13 | Wells Fargo Bank, N.A. | 7100-000 | $0.00 | $13,050.19 | $0.00 | $0.00 |
| 14 | Wells Fargo Bank, N.A. | 7100-000 | $0.00 | $80,875.28 | $80,875.28 | $63,364.93 |
| 15 | Bank of America, N.A. | 7100-000 | $0.00 | $61,223.47 | $61,223.47 | $47,967.94 |
| 16 | FL Emerg Phys Kang & Associates MD, INC | 7100-000 | $0.00 | $1,063.00 | $1,063.00 | $832.85 |
| 17 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $12,426.75 | $12,426.75 | $9,736.23 |
| 18 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $4,848.84 | $4,848.84 | $3,799.02 |
| 19 | American Express National Bank c/o Becket and Lee LLP | 7100-000 | $0.00 | $2,561.27 | $2,561.27 | $2,006.73 |
| 20 | American Express National Bank c/o Becket and Lee LLP | 7100-000 | $0.00 | $900.00 | $900.00 | $705.14 |
| 21 | Norman, Hanson & DeTroy, LLC | 7100-000 | $0.00 | $17,555.33 | $17,555.33 | $13,754.42 |
| 22 | KROZ, LLC | 7100-000 | $0.00 | $440,724.47 | $440,724.47 | $345,302.99 |
| 23 | Keith Taylor | 7100-000 | $0.00 | $440,724.47 | $0.00 | $0.00 |
| 24 | Rosalind Smith | 7100-000 | $0.00 | $440,724.47 | $0.00 | $0.00 |
| 25A | Internal Revenue Service | 7200-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26B | State of Maine | 7100-000 | $0.00 | $143,145.65 | $143,145.65 | $112,153.10 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 27A | Marilyn Avery | 7400-000 | $0.00 | $801,700.00 | $801,700.00 | $0.00 |
| 28A | Jennifer Avery | 7400-000 | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| | Account Resolution Services | 7100-000 | $1,063.00 | $0.00 | $0.00 | $0.00 |
| | Amex | 7100-000 | $2,865.00 | $0.00 | $0.00 | $0.00 |
| | Amex | 7100-000 | $900.00 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $7,900.00 | $0.00 | $0.00 | $0.00 |
| | Barclays Bank Delaware | 7100-000 | $6,963.00 | $0.00 | $0.00 | $0.00 |
| | Barclays Bank Delaware | 7100-000 | $3,647.00 | $0.00 | $0.00 | $0.00 |
| | Capital One | 7100-000 | $12,299.00 | $0.00 | $0.00 | $0.00 |
| | Capital One | 7100-000 | $7,557.00 | $0.00 | $0.00 | $0.00 |
| | Capital One | 7100-000 | $5,072.00 | $0.00 | $0.00 | $0.00 |
| | Chase Card Services | 7100-000 | $26,433.00 | $0.00 | $0.00 | $0.00 |
| | Chase Card Services | 7100-000 | $24,627.00 | $0.00 | $0.00 | $0.00 |
| | Chase Card Services | 7100-000 | $19,444.00 | $0.00 | $0.00 | $0.00 |
| | Chase Card Services | 7100-000 | $17,976.00 | $0.00 | $0.00 | $0.00 |
| | Chase Card Services | 7100-000 | $11,115.00 | $0.00 | $0.00 | $0.00 |
| | Chase Card Services | 7100-000 | $4,466.00 | $0.00 | $0.00 | $0.00 |
| | Chase Card Services | 7100-000 | $2,444.00 | $0.00 | $0.00 | $0.00 |
| | Chase Card Services | 7100-000 | $2,126.00 | $0.00 | $0.00 | $0.00 |
| | Chimef/str | 7100-000 | $833.00 | $0.00 | $0.00 | $0.00 |
| | Discover Financial | 7100-000 | $6,632.00 | $0.00 | $0.00 | $0.00 |
| | Jennifer Avery | 7100-000 | $90,000.00 | $0.00 | $0.00 | $0.00 |
| | Keith Taylor | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Kroz LLC | 7100-000 | $526,000.00 | $0.00 | $0.00 | $0.00 |
| | Mercedes-Benz Financial Services | 7100-000 | $10,876.00 | $0.00 | $0.00 | $0.00 |
| | Norman Hanson & DeTroy, LLC | 7100-000 | $7,000.00 | $0.00 | $0.00 | $0.00 |
| | Rosalind Smith | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Santander Consumer USA | 7100-000 | $25,719.00 | $0.00 | $0.00 | $0.00 |
| | Target | 7100-000 | $2,426.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo | 7100-000 | $65,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $891,383.00 | $2,727,976.88 | $1,779,098.45 | $726,606.93 |

UST Form 101-7-TDR (10/1/2010)

# FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | |
|---|---|
| Case No.: | 21-20285-PGC |
| Case Name: | AVERY, FREDERICK LYLE |
| For the Period Ending: | 12/27/2024 |

| | |
|---|---|
| Trustee Name: | Jeffrey T. Piampiano |
| Date Filed (f) or Converted (c): | 02/09/2022 (c) |
| §341(a) Meeting Date: | 03/04/2022 |
| Claims Bar Date: | 02/15/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | 871 Morrills Mill Road North Berwick, ME - 03906-0000 assessed $451,200 realtytrac.com value $575400 | $510,000.00 | $350,000.00 | | $495,000.00 | FA |
| 2 | 307 Bowdin Court Ladson, SC - 29456-0000 Berkeley County Zillow value $243,000 | $219,000.00 | $190,000.00 | | $190,000.00 | FA |
| 3 | 844 Main Street Sanford, ME - 04073-0000 York County Zillow value $249,000 | $135,000.00 | $140,000.00 | | $330,000.00 | FA |
| 4 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | asset voided, as property is titled in the name of Southern Maine Roofing, LLC | | | | | |
| 5 | Make: Cadillac Model: Escalade Year: 2019 Mileage: 45000 | $55,702.00 | $45,702.00 | | $0.00 | FA |
| 6 | Make: Tesla Model: 3 Year: 2021 Mileage: 7500 | $53,187.00 | $53,187.00 | | $68,260.00 | FA |
| 7 | household goods; no item valued at greater than $500 | $8,000.00 | $0.00 | | $0.00 | FA |
| 8 | phone, TVs, computer; none valued at greater than $500 | $1,500.00 | $0.00 | | $0.00 | FA |
| 9 | clothing | $1,000.00 | $0.00 | | $0.00 | FA |
| 10 | dog | $0.00 | $0.00 | | $0.00 | FA |
| 11 | TD Bank business checking | $7,800.00 | $7,800.00 | | $900.00 | FA |
| 12 | TD Bank personal checking | $2,300.00 | $2,300.00 | | $0.00 | FA |
| 13 | sole proprietor Southern Maine Roofing, LLCbusiness owns 5 Goodwin, TD Bank account with $7800 % | $135,800.00 | $135,800.00 | | $0.00 | FA |
| 14 | home, health, car | $0.00 | $0.00 | | $0.00 | FA |
| 15 | PI claim for slip and fall Marriott parking lot; represented Morgan & Morgan FL | Unknown | $16,518.25 | | $16,518.25 | FA |
| 16 | Claim against Catholic Church - represented by Derek Braslow KBAattorneys.com | Unknown | $13,985.00 | | $13,985.00 | FA |
| 17 | 2021 Tax Return (u) | $13,352.00 | $9,701.00 | | $0.00 | FA |
| 18 | 2020 Tax Refund (u) | $6,900.00 | $6,900.00 | | $0.00 | FA |
| 19 | Jeep Renegade 2021 (u) | $21,000.00 | $0.00 | | $0.00 | FA |
| 20 | Fuel Purchase (u) | $0.00 | $2,105.40 | | $2,105.40 | FA |
| 21 | Compensation on a Credit Defense Product (u) | $1,513.43 | $1,513.43 | | $1,513.43 | $0.00 |

FORM 1

Page No:   2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No.: | 21-20285-PGC | | Trustee Name: | Jeffrey T. Piampiano |
| Case Name: | AVERY, FREDERICK LYLE | | Date Filed (f) or Converted (c): | 02/09/2022 (c) |
| For the Period Ending: | 12/27/2024 | | §341(a) Meeting Date: | 03/04/2022 |
| | | | Claims Bar Date: | 02/15/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 22 | certain transfers totaling $31,150.00 made by the Debtor to Lawyers Limited **(u)** | $31,150.00 | $31,150.00 | | $18,500.00 | FA |
| 23 | Avoidance Claim BK Code 549 and 550 **(u)** | $5,000.00 | $5,000.00 | | $2,500.00 | FA |

**Asset Notes:** Trustee made demand on Dentons for recovery of entire amount, on premise that these payments were unauthorized post-petition transfers. Trustee was paid half of what was demanded, on premise that the claim is uncertain. Trustee has determined that it is not cost effective to further press the claim, and that the amount that was paid voluntarily is more than the trustee would net if this matter were litigated.

| TOTALS (Excluding unknown value) | | | | Gross Value of Remaining Assets | |
| $1,208,204.43 | $1,011,662.08 | | $1,139,282.08 | $0.00 | |

**Major Activities affecting case closing:**

03/19/2024   trustee seeking to resolve Denton's claim, then do final professional fee applications and file TFR.

12/21/2023   Compromise of post petition transfer claim approved

11/02/2023   Complaint filed by counsel to recover post-petition transfer

09/19/2023   Trustee to review recent draft of complaint from counsel to recover post-petition transfers

06/14/2023   Status unchanged

04/04/2023   December note remains current

12/20/2022   Most primary assets administered.   Still need to investigate and prosecute avoidance claim and prepare and file tax returns for at least 2022 and maybe 2023.

06/27/2022   Sale notice of PI claims pending; report of sale once sale proceeds are received.

| Initial Projected Date Of Final Report (TFR): | 03/31/2023 | /s/ JEFFREY T. PIAMPIANO |
| Current Projected Date Of Final Report (TFR): | 04/01/2024 | JEFFREY T. PIAMPIANO |

Page No: 1

**FORM 2**

Exhibit 9

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 21-20285-PGC | |
| Case Name: | AVERY, FREDERICK LYLE | |
| Primary Taxpayer ID #: | **-***6773 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/7/2021 | |
| For Period Ending: | 12/27/2024 | |

| | | |
|---|---|---|
| Trustee Name: | | Jeffrey T. Piampiano |
| Bank Name: | | Pinnacle Bank |
| Checking Acct #: | | ******0139 |
| Account Title: | | Checking |
| Blanket bond (per case limit): | | $1,000,000.00 |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/22/2022 | (11) | Drummond Woodsum | Cash from Debtor | 1129-000 | $900.00 | | $900.00 |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $1.33 | $898.67 |
| 06/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $1.29 | $897.38 |
| 07/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $1.33 | $896.05 |
| 08/16/2022 | | Drummond Woodsum Trust | From Fred Avery Tesla and claim against Diocese | * | $33,985.00 | | $34,881.05 |
| | {6} | | $20,000.00 | 1129-000 | | | $34,881.05 |
| | {16} | | $13,985.00 | 1129-000 | | | $34,881.05 |
| 08/18/2022 | 1001 | Trustee Insurance Agency, Inc. | Insurance premiums accrued through date of payment | 2420-750 | | $7,936.00 | $26,945.05 |
| 08/19/2022 | 1002 | Bopp & Guecia, Client Trust Account | Per sale order dated 8.8.2022 DE 120 | 8100-002 | | $21,650.00 | $5,295.05 |
| 08/22/2022 | (20) | Richard S. Foran | Heating Oil | 1229-000 | $2,105.40 | | $7,400.45 |
| 08/22/2022 | 1003 | Casco Bay Cleanout Services | Cost of Cleaning | 2420-000 | | $767.50 | $6,632.95 |
| 08/22/2022 | 1004 | TAP Realty Solutions | Commission on Main Street DE 119 | 3510-000 | | $12,350.00 | ($5,717.05) |
| 08/24/2022 | 1005 | York County Sherriff's Office | Invoice for Service - Summons to Trustee - Invoice Numbers: 22-3196-CP; 22-3195-CP; 22-3198-CP; 22-3199-CP; 22-3194-CP; 22-3197-CP | 2990-000 | | $559.30 | ($6,276.35) |
| 08/24/2022 | 1006 | Penobscot County Sherriff's Office | Summons to Trustee - Process Numbers: 20222870 and 20222868 | 2990-000 | | $48.06 | ($6,324.41) |
| 08/24/2022 | 1007 | Cumberland County Sherriff's Office | Summons to Trustee Invoice # 4552196 | 2990-000 | | $204.76 | ($6,529.17) |
| 08/29/2022 | 1008 | Estes Oil & Propane | Payment for fuel deliveries to property (recouped through sale of property) | 2990-000 | | $1,383.83 | ($7,913.00) |
| 08/29/2022 | 1009 | FREDERICK AVERY | Claimable exemption for fuel oil proceeds received from property sale, net of amount paid to oil company ($2105.40 - $1,383.83 = | 8100-002 | | $721.57 | ($8,634.57) |
| 08/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $385.38 | ($9,019.95) |
| 09/22/2022 | | Richard S. Foran and Melissa Shatney | Purchase of 871 Morrells Mill North Berwick | * | $593,581.99 | | $584,562.04 |
| | {1} | | Full Purchase price of Sale of 871 Morrells Mill Road  $495,000.00 | 1110-000 | | | $584,562.04 |
| | | | Closing Costs associated with the closing of 871 Morrell's Mill  $(41,418.01) | 2500-000 | | | $584,562.04 |
| | {3} | | Proceeds from 871 Morrells Mill used towards the purchase of 844 Main Street.  $140,000.00 | 1110-000 | | | $584,562.04 |
| 09/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $848.35 | $583,713.69 |
| 09/30/2022 | 1010 | Trustee Resource Group | October 2022 Insurance | 2420-750 | | $201.66 | $583,512.03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | **SUBTOTALS** | $630,572.39 | $47,060.36 |

Page No: 2

**FORM 2**

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 21-20285-PGC | |
| Case Name: | AVERY, FREDERICK LYLE | |
| Primary Taxpayer ID #: | **-***6773 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/7/2021 | |
| For Period Ending: | 12/27/2024 | |

| | |
|---|---|
| Trustee Name: | Jeffrey T. Piampiano |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0139 |
| Account Title: | Checking |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/06/2022 | 1011 | International Sureties, LTD | Bond Payment | 2300-000 | | $0.47 | $583,511.56 |
| 10/07/2022 | 1012 | Strogens | Payment for Services rendered | 2690-000 | | $302.00 | $583,209.56 |
| 10/07/2022 | 1013 | Moody's Collision Centers | Repairs made to Tesla | 2420-000 | | $1,631.52 | $581,578.04 |
| 10/14/2022 | 1014 | Joe Provencher | interior Cleaning of Tesla | 2500-000 | | $200.00 | $581,378.04 |
| 10/26/2022 | 1015 | Trustee Resource Group | November Insurance | 2420-750 | | $441.60 | $580,936.44 |
| 10/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $838.04 | $580,098.40 |
| 11/16/2022 | | Peter Bense (buyer) c/o Wyckoff Law Firm, P.A. | Fees and closing Costs from South Carolina Sale | * | $173,472.54 | | $753,570.94 |
| | {2} | | $190,000.00 | 1110-000 | | | $753,570.94 |
| | | | $(16,527.46) | 3510-000 | | | $753,570.94 |
| 11/18/2022 | 1016 | Bank of America | Payment to cover costs in connection with Subpoena | 2990-000 | | $20.00 | $753,550.94 |
| 11/20/2022 | 1017 | Melissa Shatney & Richard Foran | In full and final satisfaction of house purchase/cleaning-related claims; allowed per Court Order at DE 139 | 2990-000 | | $1,339.00 | $752,211.94 |
| 11/28/2022 | (6) | TRANZON AUCTION PROPERTIES | Proceeds of the Tesla | 1129-000 | $48,260.00 | | $800,471.94 |
| 11/28/2022 | 1018 | Trustee Resource Group | November Insurance | 2420-750 | | $242.60 | $800,229.34 |
| 11/28/2022 | 1019 | The Bankcorp Bank | Invoice No. 2022-SUB18593 | 2990-000 | | $25.00 | $800,204.34 |
| 11/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $964.14 | $799,240.20 |
| 12/05/2022 | 1020 | Bank of America | claim payment | 2990-000 | | $20.00 | $799,220.20 |
| 12/07/2022 | (3) | Treworgy & Baldacci | Settlement of 844 Main Street, Sanford, ME 04073 | 1110-000 | $190,000.00 | | $989,220.20 |
| 12/19/2022 | 1021 | Drummond Woodsum | Allowed expenses and fees per DE 166, Order Approving First Interim Fee Application of Drummond Woodsum as Counsel to the Trustee | * | | $105,161.07 | $884,059.13 |
| | | | Allowed expenses per DE 166, Order Approving First Interim Fee Application of Drummond Woodsum as Counsel to the Trustee    $(2,252.57) | 3120-000 | | | $884,059.13 |
| | | | Allowed fees per DE 166, Order Approving First Interim Fee Application of Drummond Woodsum as Counsel to the Trustee    $(102,908.50) | 3110-000 | | | $884,059.13 |

| | | | | **SUBTOTALS** | $411,732.54 | $111,185.44 | |

Page No: 3

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 21-20285-PGC | | | **Trustee Name:** | Jeffrey T. Piampiano | |
| **Case Name:** | AVERY, FREDERICK LYLE | | | **Bank Name:** | Pinnacle Bank | |
| **Primary Taxpayer ID #:** | **-***6773 | | | **Checking Acct #:** | ******0139 | |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | Checking | |
| **For Period Beginning:** | 12/7/2021 | | | **Blanket bond (per case limit):** | $1,000,000.00 | |
| **For Period Ending:** | 12/27/2024 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 12/19/2022 | 1021 | VOID: Drummond Woodsum | Allowed fees per DE 166, Order Approving First Interim Fee Application of Drummond Woodsum as Counsel to the Trustee | * | | ($105,161.07) | $989,220.20 |
| | | | Allowed fees per DE 166, Order Approving First Interim Fee Application of Drummond Woodsum as Counsel to the Trustee $102,908.50 | 3110-003 | | | $989,220.20 |
| | | | Allowed expenses per DE 166, Order Approving First Interim Fee Application of Drummond Woodsum as Counsel to the Trustee $2,252.57 | 3120-003 | | | $989,220.20 |
| 12/19/2022 | 1022 | Drummond Woodsum | Allowed fees per DE 197, Order Approving First Interim Fee Application of Drummond Woodsum as Counsel to the Trustee. Trustee is allowed to only pay %80 of the total allowed fees. | * | | $12,723.19 | $976,497.01 |
| | | | Allowed expenses per DE 197, Order Approving First Interim Fee Application of Drummond Woodsum as Counsel to the Trustee $(102.39) | 3120-000 | | | $976,497.01 |
| | | | Allowed fees per DE 197, Order Approving First Interim Fee Application of Drummond Woodsum as Counsel to the Trustee. Trustee is allowed to only pay %80 of the total allowed fees. $(12,620.80) | 3110-000 | | | $976,497.01 |

| | | | | **SUBTOTALS** | $0.00 | ($92,437.88) |

**FORM 2**

Page No: 4

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 21-20285-PGC | Trustee Name: | Jeffrey T. Piampiano |
| Case Name: | AVERY, FREDERICK LYLE | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***6773 | Checking Acct #: | ******0139 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 12/7/2021 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/27/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/19/2022 | 1022 | VOID: Drummond Woodsum | NOTE--Check written in wrong case | * | | ($12,723.19) | $989,220.20 |
| | | | Allowed fees per DE 197, Order Approving First Interim Fee Application of Drummond Woodsum as Counsel to the Trustee. Trustee is allowed to only pay %80 of the total allowed fees.   $12,620.80 | 3110-003 | | | $989,220.20 |
| | | | Allowed expenses per DE 197, Order Approving First Interim Fee Application of Drummond Woodsum as Counsel to the Trustee   $102.39 | 3120-003 | | | $989,220.20 |
| 12/19/2022 | 1023 | Drummond Woodsum | Allowed fees per DE 166, Order Approving First Interim Fee Application of Drummond Woodsum as Counsel to the Trustee | * | | $105,161.07 | $884,059.13 |
| | | | Allowed expenses per DE 166, Order Approving First Interim Fee Application of Drummond Woodsum as Counsel to the Trustee   $(2,252.57) | 3120-000 | | | $884,059.13 |
| | | | Allowed fees per DE 166, Order Approving First Interim Fee Application of Drummond Woodsum as Counsel to the Trustee   $(102,908.50) | 3110-000 | | | $884,059.13 |
| 12/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,356.49 | $882,702.64 |
| 07/05/2023 | 1024 | International Sureties, LTD | Bond Payment | 2300-000 | | $91.29 | $882,611.35 |
| 07/05/2023 | 1025 | International Sureties, LTD | Bond Payment | 2300-000 | | $92.38 | $882,518.97 |
| 08/07/2023 | (15) | Frederick Avery c/o Bopp & Guecia | claim payment based on slip and fall sale claim sale proceeds | 1142-000 | $16,518.25 | | $899,037.22 |
| 08/18/2023 | 1026 | International Sureties, LTD | Bond Payment | 2300-000 | | $721.13 | $898,316.09 |
| 08/29/2023 | 1024 | VOID: International Sureties, LTD | voided bond payment | 2300-003 | | ($91.29) | $898,407.38 |
| 08/29/2023 | 1025 | VOID: International Sureties, LTD | voided bond payment | 2300-003 | | ($92.38) | $898,499.76 |
| 12/04/2023 | 1027 | Drummond Woodsum | Allowed interim fees and expenses of counsel per DE 207 | * | | $28,104.02 | $870,395.74 |
| | | | $(26,867.00) | 3110-000 | | | $870,395.74 |
| | | | $(1,237.02) | 3120-000 | | | $870,395.74 |
| 12/12/2023 | (21) | Wells Fargo Customer Carfl | compensation on a credit defense | 1290-000 | $1,513.43 | | $871,909.17 |
| | | | **SUBTOTALS** | | $18,031.68 | $122,619.52 | |

Page No: 5

FORM 2

Exhibit 9

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 21-20285-PGC | |
| **Case Name:** | AVERY, FREDERICK LYLE | |
| **Primary Taxpayer ID #:** | **-***6773 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 12/7/2021 | |
| **For Period Ending:** | 12/27/2024 | |

| | |
|---|---|
| **Trustee Name:** | Jeffrey T. Piampiano |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0139 |
| **Account Title:** | Checking |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 12/21/2023 | (22) | Drummond Woodsum | transfers | 1290-000 | $18,500.00 | | $890,409.17 |
| 04/01/2024 | (23) | Dentons Bingham Greenbaum LLP | Avoidance claim | 1241-000 | $2,500.00 | | $892,909.17 |
| 07/31/2024 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,284.36 | $891,624.81 |
| 08/24/2024 | 1028 | International Sureties, LTD | Bond Payment | 2300-000 | | $699.61 | $890,925.20 |
| 08/27/2024 | 1028 | VOID: International Sureties, LTD | voided bond payment | 2300-003 | | ($699.61) | $891,624.81 |
| 08/27/2024 | 1029 | Wesler & Associates | Allowed fees and expenses per DE 237, Order Approving First Fee Application of Wesler & Associates as Accountant to the Trustee | * | | $3,703.33 | $887,921.48 |
| | | | Allowed fees per DE 237, Order Approving First Fee Application of Wesler & Associates as Accountant to the Trustee   $(3,067.00) | 3410-000 | | | $887,921.48 |
| | | | Allowed expenses per DE 237, Order Approving First and Final Fee Application of Wesler & Associates   $(636.33) | 3420-000 | | | $887,921.48 |
| 08/27/2024 | 1030 | Drummond Woodsum | Allowed Fees and Expense Per Order at DE 236 | * | | $7,626.10 | $880,295.38 |
| | | | Allowed fees per DE 236   $(6,927.00) | 3110-000 | | | $880,295.38 |
| | | | Allowed expenses per DE 236   $(699.10) | 3120-000 | | | $880,295.38 |
| 08/27/2024 | 1031 | International Sureties, LTD | Bond Payment | 2300-000 | | $699.05 | $879,596.33 |
| 08/27/2024 | 1031 | VOID: International Sureties, LTD | voided bond payment | 2300-003 | | ($699.05) | $880,295.38 |
| 08/27/2024 | 1032 | International Sureties, LTD | Bond Payment | 2300-000 | | $699.05 | $879,596.33 |
| 10/08/2024 | 1033 | Jeffrey T. Piampiano | Trustee Compensation | 2100-000 | | $56,757.32 | $822,839.01 |
| 10/08/2024 | 1034 | Jeffrey T. Piampiano | Trustee Expenses | 2200-000 | | $16.79 | $822,822.22 |
| 10/08/2024 | 1035 | Bank of America, N.A. | First and Final Dividend:  Claim #: 2; Distribution Dividend: 78.35;  Account Number: ;  Amount Claimed: 27,630.66; | 7100-000 | | $21,648.32 | $801,173.90 |
| 10/08/2024 | 1036 | Bank of America, N.A. | First and Final Dividend:  Claim #: 3; Distribution Dividend: 78.35;  Account Number: ;  Amount Claimed: 36,429.64; | 7100-000 | | $28,542.24 | $772,631.66 |
| 10/08/2024 | 1037 | JPMorgan Chase Bank, N.A. | First and Final Dividend:  Claim #: 5; Distribution Dividend: 78.35;  Account Number: ;  Amount Claimed: 4,466.59; | 7100-000 | | $3,499.53 | $769,132.13 |
| 10/08/2024 | 1038 | JPMorgan Chase Bank, N.A. | First and Final Dividend:  Claim #: 6; Distribution Dividend: 78.35;  Account Number: ;  Amount Claimed: 2,126.98; | 7100-000 | | $1,666.47 | $767,465.66 |

|  | | | | | **SUBTOTALS** | $21,000.00 | $125,443.51 |

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No. | 21-20285-PGC | |
| Case Name: | AVERY, FREDERICK LYLE | |
| Primary Taxpayer ID #: | **-***6773 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/7/2021 | |
| For Period Ending: | 12/27/2024 | |

| | |
|---|---|
| Trustee Name: | Jeffrey T. Piampiano |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0139 |
| Account Title: | Checking |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/08/2024 | 1039 | JPMorgan Chase Bank, N.A. | First and Final Dividend: Claim #: 7; Distribution Dividend: 78.35; Account Number: ; Amount Claimed: 19,444.86; | 7100-000 | | $15,234.84 | $752,230.82 |
| 10/08/2024 | 1040 | JPMorgan Chase Bank, N.A. | First and Final Dividend: Claim #: 8; Distribution Dividend: 78.35; Account Number: ; Amount Claimed: 17,976.37; | 7100-000 | | $14,084.30 | $738,146.52 |
| 10/08/2024 | 1041 | JPMorgan Chase Bank, N.A. | First and Final Dividend: Claim #: 9; Distribution Dividend: 78.35; Account Number: ; Amount Claimed: 2,444.28; | 7100-000 | | $1,915.07 | $736,231.45 |
| 10/08/2024 | 1042 | Wells Fargo Bank, N.A., Wells Fargo Card Services | First and Final Dividend: Claim #: 10; Distribution Dividend: 78.35; Account Number: ; Amount Claimed: 40,439.92; | 7100-000 | | $31,684.25 | $704,547.20 |
| 10/08/2024 | 1043 | JPMorgan Chase Bank, N.A. | First and Final Dividend: Claim #: 11; Distribution Dividend: 78.35; Account Number: ; Amount Claimed: 11,115.09; | 7100-000 | | $8,708.56 | $695,838.64 |
| 10/08/2024 | 1044 | Wells Fargo Bank, N.A. | First and Final Dividend: Claim #: 14; Distribution Dividend: 78.35; Account Number: ; Amount Claimed: 80,875.28; | 7100-000 | | $63,364.93 | $632,473.71 |
| 10/08/2024 | 1045 | Bank of America, N.A. | First and Final Dividend: Claim #: 15; Distribution Dividend: 78.35; Account Number: ; Amount Claimed: 61,223.47; | 7100-000 | | $47,967.94 | $584,505.77 |
| 10/08/2024 | 1046 | FL Emerg Phys Kang & Associates MD, INC | First and Final Dividend: Claim #: 16; Distribution Dividend: 78.35; Account Number: ; Amount Claimed: 1,063.00; | 7100-000 | | $832.85 | $583,672.92 |
| 10/08/2024 | 1047 | Capital One Bank (USA), N.A. | First and Final Dividend: Claim #: 17; Distribution Dividend: 78.35; Account Number: ; Amount Claimed: 12,426.75; | 7100-000 | | $9,736.23 | $573,936.69 |
| 10/08/2024 | 1048 | Capital One Bank (USA), N.A. | First and Final Dividend: Claim #: 18; Distribution Dividend: 78.35; Account Number: ; Amount Claimed: 4,848.84; | 7100-000 | | $3,799.02 | $570,137.67 |
| 10/08/2024 | 1049 | American Express National Bank c/o Becket and Lee | First and Final Dividend: Claim #: 19; Distribution Dividend: 78.35; Account Number: ; Amount Claimed: 2,561.27; | 7100-000 | | $2,006.73 | $568,130.94 |
| 10/08/2024 | 1050 | American Express National Bank c/o Becket and Lee | First and Final Dividend: Claim #: 20; Distribution Dividend: 78.35; Account Number: ; Amount Claimed: 900.00; | 7100-000 | | $705.14 | $567,425.80 |
| 10/08/2024 | 1051 | Norman, Hanson & DeTroy, LLC | First and Final Dividend: Claim #: 21; Distribution Dividend: 78.35; Account Number: ; Amount Claimed: 17,555.33; | 7100-000 | | $13,754.42 | $553,671.38 |
| 10/08/2024 | 1052 | KROZ, LLC | First and Final Dividend: Claim #: 22; Distribution Dividend: 78.35; Account Number: ; Amount Claimed: 440,724.47; | 7100-000 | | $345,302.99 | $208,368.39 |
| 10/08/2024 | 1053 | State of Maine | First and Final Dividend: Claim #: 26; Distribution Dividend: 100.00; Account Number: ; Amount Claimed: 96,215.29; | 5800-000 | | $96,215.29 | $112,153.10 |

| | | | **SUBTOTALS** | | $0.00 | $655,312.56 | |

**FORM 2**

Page No: 7

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| **Case No.** | 21-20285-PGC | **Trustee Name:** | Jeffrey T. Piampiano |
| **Case Name:** | AVERY, FREDERICK LYLE | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***6773 | **Checking Acct #:** | ******0139 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Checking |
| **For Period Beginning:** | 12/7/2021 | **Blanket bond (per case limit):** | $1,000,000.00 |
| **For Period Ending:** | 12/27/2024 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 10/08/2024 | 1054 | State of Maine | First and Final Dividend: Claim #: 26; Distribution Dividend: 78.35;  Account Number: ;  Amount Claimed: 143,145.65; | 7100-000 | | $112,153.10 | $0.00 |

|  | | Deposit | Disbursement | Balance |
|---|---|---|---|---|
| **TOTALS:** | | $1,081,336.61 | $1,081,336.61 | $0.00 |
| **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| **Subtotal** | | $1,081,336.61 | $1,081,336.61 | |
| **Less: Payments to debtors** | | $0.00 | $22,371.57 | |
| **Net** | | $1,081,336.61 | $1,058,965.04 | |

**For the period of  12/7/2021 to 12/27/2024**

| | |
|---|---|
| Total Compensable Receipts: | $1,139,282.08 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,139,282.08 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,116,910.51 |
| Total Non-Compensable Disbursements: | $22,371.57 |
| Total Comp/Non Comp  Disbursements: | $1,139,282.08 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 04/22/2022 to 12/27/2024**

| | |
|---|---|
| Total Compensable Receipts: | $1,139,282.08 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,139,282.08 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,116,910.51 |
| Total Non-Compensable Disbursements: | $22,371.57 |
| Total Comp/Non Comp  Disbursements: | $1,139,282.08 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 21-20285-PGC | |
| **Case Name:** | AVERY, FREDERICK LYLE | |
| **Primary Taxpayer ID #:** | **-***6773 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 12/7/2021 | |
| **For Period Ending:** | 12/27/2024 | |

| | |
|---|---|
| **Trustee Name:** | Jeffrey T. Piampiano |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0139 |
| **Account Title:** | Checking |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|---|
| | | $1,081,336.61 | $1,081,336.61 | $0.00 |

**For the period of 12/7/2021 to 12/27/2024**

| | |
|---|---|
| Total Compensable Receipts: | $1,139,282.08 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,139,282.08 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,116,910.51 |
| Total Non-Compensable Disbursements: | $22,371.57 |
| Total Comp/Non Comp Disbursements: | $1,139,282.08 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/09/2022 to 12/27/2024**

| | |
|---|---|
| Total Compensable Receipts: | $1,139,282.08 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,139,282.08 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,116,910.51 |
| Total Non-Compensable Disbursements: | $22,371.57 |
| Total Comp/Non Comp Disbursements: | $1,139,282.08 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JEFFREY T. PIAMPIANO

JEFFREY T. PIAMPIANO